

# In the Missouri Court of Appeals
## Eastern District

OCTOBER 13, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED101129     TERESA MAURER, APP V DEREK MAURER, RES

2.      ED101841 DONALD LEE QUEEN, JR, APP V STATE OF MISSOURI, RES

3.      ED102224 MELISSA (AUXIER) MALLE, RES V SAMUEL MALLE, APP

4.      ED102292 STATE OF MISSOURI, RES V MARGARET M. IRVING, APP


**CORRECTION(S)**:

1.      ED102146 DANIEL AUSTIN, APP V STATE OF MISSOURI, RES